UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff,  ) <br> )     4:06-cr-16-01 SEB-MGN <br> vs.  ) <br> ) <br> ADAM MILES,  ) <br> ) <br> Defendant.  ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Baker's Report and Recommendation that Adam Miles' supervised release be revoked, pursuant to Title 18 U.S.C. § 3401(i) and Title 18 U.S.C. § 3583(e) the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 1 year and 1 day in the custody of the Attorney General.

IT IS SO ORDERED.

Date: 06/18/2010

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Barry Glickman
Assistant U.S. Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

William E. Marsh
Office of the Indiana Federal Community
Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U.S. Marshal

U.S. Probation